■ In the Matter of WAYNE A. JONES et al., Appellants, v JAMESTOWN PUBLIC SCHOOL DISTRICT et al., Respondents. [688 NYS2d 332] —Order unanimously affirmed without costs. Memorandum: Wayne A. Jones (claimant) was allegedly injured on August 20, 1996, while working on the reconstruction of a roof for respondents. Supreme Court properly denied claimants' motion in February 1997 for leave to serve a late notice of claim (*cf., Matter of Rusiecki v Clarkstown Cent. School Dist.,* 227 AD2d 493, 494). Respondents established that they had no knowledge of the facts constituting the claim within 90 days after the claim arose or within a reasonable time thereafter, and "[k]nowledge of the facts constituting the claim is the factor that 'should be accorded great weight' " (*Kalenda v Buffalo Mun. Hous. Auth.,* 203 AD2d 937, quoting *Matter of Stenowich*

*v Colonie Indus. Dev. Agency*, 151 AD2d 894, 895, *lv denied* 74 NY2d 615; *see, Barnes v County of Onondaga*, 103 AD2d 624, 629, *affd* 65 NY2d 664). Additionally, claimants failed to establish a reasonable excuse for their failure to serve a timely notice of claim (*see, Matter of Gilliam v City of New York*, 250 AD2d 680; *Williams v City of Niagara Falls*, 244 AD2d 1006, 1007), and respondents established that they would be prejudiced if leave to file a late notice of claim were granted (*see, Williams v City of Niagara Falls, supra; Kalenda v Buffalo Mun. Hous. Auth., supra*). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Notice of Claim.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Hurlbutt, JJ.